Jessie M. Dasins, Plaintiff-Appellant, v. Joseph M. Dasins, Defendant-Appellee.

**Gen. No. 48,560.**

First District, Third Division.

July 9, 1962.

Fried-man, Armstrong, Donnelly and Friedman, of Chicago, for appellant. No brief filed for appellee. Opinion by MR. JUSTICE McCORMICK. **Not to be published in full.**